*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Robert Khan
    Debtor(s)

Case No: 19–11360–amc

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 9/19/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

12
Form 152