United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                   Case No. 19-11360-pmm
Robert Khan                                                                              Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: Stacey              Page 1 of 2                 Date Rcvd: Jul 27, 2020
                              Form ID: 167              Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2020.
```
db              +Robert Khan,    209 Oley Street,    Reading, PA 19601-2552
14288869        +Carrington Mortgage Services LLC,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                  701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14306669        +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14453448        +Mendelsohn & Mendelsohn PC,    637 Walnut Street,    Reading, PA 19601-3524
14310107        +Met Ed,   101 Crawford's Corner Rd,    Bldg #1 Suite 1-511,    Holmdel, NJ 07733-1976
14282909        +New York State Department of Taxation,    Finance Building 9,    WA,   Albany, NY 12227-0001
14302643        +Reading Area Water Authority,    1801 Kutztown Road,    Reading, PA 19604-1515
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14282908        +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 28 2020 03:53:25     Carrington Mortgage Se,
                  15 Enterprise St,   Aliso Viejo, CA 92656-2653
14306669        +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 28 2020 03:53:25
                  Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14320725        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 28 2020 04:03:48      Directv, LLC,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
14303741         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 28 2020 04:03:31      LVNV Funding, LLC,
                  Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14286765         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2020 03:53:39     Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                  Harrisburg PA   17128-0946
14282910        +E-mail/Text: bankruptcynotice@westlakefinancial.com Jul 28 2020 03:53:41      Westlake Fin,
                  4751 Wilshire Bvld, Suite 100,   Los Angeles, CA 90010-3847
                                                                                              TOTAL: 6
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14282908     ##+Carrington Mortgage Se,    15 Enterprise St,   Aliso Viejo, CA 92656-2653
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2020 at the address(es) listed below:
```
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Robert    Khan tobykmendelsohn@comcast.net
              BRENNA HOPE MENDELSOHN    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of
               New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series
               2006-23 tobykmendelsohn@comcast.net
              KEVIN G. MCDONALD    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Carrington Mortgage Services LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23
               bkgroup@kmllawgroup.com
              ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com
              SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-4          User: Stacey              Page 2 of 2              Date Rcvd: Jul 27, 2020
                              Form ID: 167              Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Robert Khan
    Debtor(s)

Case No: 19–11360–pmm
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Certification of Default of Stipulation Filed by REBECCA ANN SOLARZ on behalf of THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset–Backed Certificates, Series 2006–23

on: 8/11/20

at: 11:00 AM

in: 201 Penn Street, 4th Floor, Reading, PA 19601

For The Court

Date:  7/27/20

Timothy B. McGrath
Clerk of Court

41 – 39
Form 167