| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-11360-PMM

ROBERT KHAN
209 OLEY STREET
READING  PA   19601

Petition Filed Date: 03/05/2019
341 Hearing Date: 04/23/2019
Confirmation Date: 01/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2019 | $250.00 | Automatic Payı | 11/13/2019 | $1,013.00 | | 11/15/2019 | $500.00 | |
| 12/26/2019 | $250.00 | | 05/21/2020 | $250.00 | | 06/22/2020 | $250.00 | |

**Total Receipts for the Period: $2,513.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,513.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,250.00 | $2,065.62 | $1,184.38 |
| 1 | PA DEPARTMENT OF REVENUE »» 001 | Secured Creditors | $655.18 | $0.00 | $655.18 |
| 2 | READING AREA WATER AUTHORITY »» 002 | Secured Creditors | $2,599.13 | $0.00 | $2,599.13 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $4,145.46 | $0.00 | $4,145.46 |
| 4 | CARRINGTON MORTGAGE SERVICES LLC »» 04A | Mortgage Arrears | $20,777.46 | $0.00 | $20,777.46 |
| 5 | CARRINGTON MORTGAGE SERVICES LLC »» 04B | Mortgage Arrears | $3,164.36 | $0.00 | $3,164.36 |
| 6 | MET-ED FIRST ENERGY COMPANY »» 005 | Unsecured Creditors | $7,577.76 | $0.00 | $7,577.76 |
| 7 | WESTLAKE FINANCIAL SERVICES »» 006 | Unsecured Creditors | $7,549.98 | $0.00 | $7,549.98 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 007 | Unsecured Creditors | $379.56 | $0.00 | $379.56 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,200.00 | $0.00 | $1,200.00 |

**Chapter 13 Case No. 19-11360-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,513.00 | Current Monthly Payment: | $160.00 |
| Paid to Claims: | $2,065.62 | Arrearages: | $320.00 |
| Paid to Trustee: | $222.38 | Total Plan Base: | $35,380.61 |
| Funds on Hand: | $225.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.