# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robert Khan <br>                               Debtor(s) <br><br> THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23, its successors and/or assigns <br>                               Movant <br>      vs. <br><br> Robert Khan <br>                               Debtor(s) <br><br> Scott Waterman <br>                               Trustee | CHAPTER 13 <br><br><br><br> NO. 19-11360 PMM <br><br><br><br> 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-23, which was filed with the Court on or about **February 11, 2021 (Doc. No. 58)**.

                                              Respectfully submitted,


                                              /s/ Rebecca A. Solarz, Esq.
                                              _____
                                              Rebecca A. Solarz, Esquire
                                              KML Law Group, P.C.
                                              BNY Mellon Independence Center
                                              701 Market Street, Suite 5000
                                              Philadelphia, PA  19106
                                              Phone: (215)-627-1322

Dated: 3/4/2021