| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-11360-PMM

ROBERT KHAN
209 OLEY STREET
READING  PA   19601

Petition Filed Date: 03/05/2019
341 Hearing Date: 04/23/2019
Confirmation Date: 01/16/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/14/2021 | $1,013.00 | 4547 | 04/21/2021 | $250.00 | 4552 | 08/03/2021 | $750.00 | 4603 |
| 09/29/2021 | $500.00 | 4636 | 01/28/2022 | $750.00 | 4683 | 03/15/2022 | $500.00 | 4716 |
| 05/18/2022 | $750.00 | 4700 | 07/01/2022 | $300.00 | 4649 | | | |

**Total Receipts for the Period: $4,813.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,286.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 001 | Secured Creditors | $655.18 | $46.95 | $608.23 |
| 2 | READING AREA WATER AUTHORITY »» 002 | Secured Creditors | $2,599.13 | $186.26 | $2,412.87 |
| 3 | LVNV FUNDING LLC »» 003 | Unsecured Creditors | $4,145.46 | $0.00 | $4,145.46 |
| 4 | CARRINGTON MORTGAGE SERVICES LLC »» 04A | Mortgage Arrears | $20,777.46 | $1,489.03 | $19,288.43 |
| 5 | CARRINGTON MORTGAGE SERVICES LLC »» 04B | Mortgage Arrears | $3,164.36 | $226.77 | $2,937.59 |
| 6 | MET-ED FIRST ENERGY COMPANY »» 005 | Unsecured Creditors | $7,577.76 | $0.00 | $7,577.76 |
| 7 | WESTLAKE FINANCIAL SERVICES »» 006 | Unsecured Creditors | $7,549.98 | $0.00 | $7,549.98 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 007 | Unsecured Creditors | $379.56 | $0.00 | $379.56 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-11360-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,286.00 | Current Monthly Payment: | $250.00 |
| Paid to Claims: | $7,599.01 | Arrearages: | $450.00 |
| Paid to Trustee: | $686.99 | Total Plan Base: | $36,475.18 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.