**Fill in this information to identify the case:**

Debtor 1       Robert Khan

Debtor 2

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number :   19-11360

---

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-23 | **Court claim no.** (if known): | **4-2** |
| **Last 4 digits** of any number you use to identify the debtor's account: | **4795** | **Date of payment change:** Must be at least 21 days after date of this notice | **06/01/2020** |
| | | **New total payment:** Principal, interest, and escrow, if any | **$565.97** |

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $**264.53**          New escrow payment: $**297.16**

## Part : 2  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate:                                    New interest rate:
   Current Principal and interest payment:                   New principal and interest payment:

## Part 3:  Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   [X] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
   Reason for change:
   Current mortgage payment:                                 New mortgage payment:

---

| Debtor 1 | Robert | Khan | | Case number (if known) | 19-11360 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Julian Cotton                                                        Date  04/24/2020
Signature

| Print | Julian Cotton | Title | Authorized Agent for Creditor |
|---|---|---|---|
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

Official Form 410S1                    **Notice of Mortgage Payment Change**                    page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the __24th__ day of April, 2020.

/S/ Julian Cotton

JULIAN COTTON
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 19-11360)

Debtor
Robert Khan
209 Oley Street
Reading, PA 19601

Attorney
BRENNA HOPE MENDELSOHN
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601

Trustee
SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

ROLANDO RAMOS-CARDONA
Office of Scott F. Waterman, Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606-4010

US Trustee
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

**CARRINGTON** CARRINGTON MORTGAGE SERVICES, LLC
MORTGAGE SERVICES, LLC  P.O. Box 5001
NMLS ID #2600           Westfield, IN 46074

(800) 561-4567   FAX: (949) 517-5220

ROBERT KHAN
209 OLEY STREET                                        DATE: 03/13/20
READING              PA 19601


\*\*\* **ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLES ESCROW ACCOUNT HISTORY** \*\*\*

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE
ACTUAL ESCROW ACTIVITY BEGINNING APRIL,2019 AND ENDING MARCH, 2020.  IF YOUR LOAN
WAS PAID-OFF, ASSUMED, OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS
BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATIONAL ONLY
AND REQUIRES NO ACTION ON YOUR PART.

              --- **YOUR PAYMENT BREAKDOWN AS OF APRIL,2019 IS** ---

                  PRIN & INTEREST              268.81
                  ESCROW PAYMENT               264.53
                  TOTAL                        533.34

        -- PAYMENTS TO ESCROW --       -- PAYMENTS FROM ESCROW --           -- ESCROW BALANCE --
MONTH   PRIOR PROJECTED  ACTUAL   PRIOR PROJECTED  DESCRIPTION    ACTUAL   DESCRIPTION   PRIOR PROJECTED  ACTUAL
                                                   STARTING BALANCE  = = = >   1587.21      6311.06-
APR       264.53         264.53      1209.66       COUNTY TAX    1209.66   COUNTY TAX      642.08       7256.19-
MAY       264.53 *                                                                         906.61       7256.19-
JUN       264.53         264.53                                                           1171.14       6991.66-
JUL       264.53 *                                                                        1435.67       6991.66-
AUG       264.53 *                                                                        1700.20       6991.66-
SEP       264.53                       855.73      SCHOOL TAX     855.73   SCHOOL TAX     1109.00       7847.39-
OCT       264.53 *                          *                    1227.00   HOMEOWNERS     1373.53       9074.39- ALP
NOV       264.53 *                    1109.00 *    HAZARD INS                              529.06 TLP   9074.39-
DEC       264.53 *                                                                         793.59       9074.39-
JAN       264.53 *       605.98                                                           1058.12       8468.41-
FEB       264.53 *       605.98                                                           1322.65       7862.43-
MAR       264.53             E                                                            1587.18       7862.43-
**TOT**   3174.36       1741.02      3174.39                     3292.39

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHES ITS LOWEST POINT, THAT BALANCE IS TARGETED
NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY
SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT ESCROW BALANCE
(TLP) WAS $529.06.  YOUR ACTUAL LOW POINT ESCROW BALANCE (ALP) WAS  $9,074.39-.

BY COMPARING THE PROJECTED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN
DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK  (*) INDICATES A DIFFERENCE IN EITHER THE
AMOUNT OR DATE OF THE PROJECTED ACTIVITY AND THE ACTUAL ACTIVITY.
THE LETTER "E" BESIDE AN AMOUNT INDICATES THAT THE PROJECTED ACTIVITY HAS NOT YET OCCURRED DUE TO THE
DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR PROJECTION
TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.
Your projected escrow balance consists of the following detail (an * next to an amount
indicates this is a total that represents more than one payment to or disbursement from escrow):

**Escrow payments up to escrow analysis effective date:**

04/17        $302.99        05/17        $302.99        06/17        $7,198.34    *



        \*\*\*  **ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS**  \*\*\*

            PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR
ANY SHORTAGE OR DEFICIENCY THAT YOU MUST PAY.  IT ALSO SHOWS YOU THE PROJECTED ESCROW
ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING JUNE,2020 AND ENDING MAY,2021.
-------------------- **PROJECTED PAYMENTS FROM ESCROW - JUNE,2020 THROUGH MAY,2021**  --------------
              HOMEOWNERS INSU                1,227.00
              COUNTY TAX                     1,209.66
              SCHOOL TAX                       855.73

              TOTAL                          3,292.39
              PERIODIC PAYMENT TO ESCROW       274.36     (1/12 OF "TOTAL FROM ESCROW")

-------------------- **PROJECTED ESCROW ACTIVITY  - JUNE,2020 THROUGH MAY,2021** -----------------------
          ---- PROJECTED PAYMENTS --               -- ESCROW BALANCE COMPARISON --
MONTH     TO ESCROW    FROM ESCROW     DESCRIPTION      PROJECTED       REQUIRED
                       ACTUAL STARTING BALANCE   = = = >    711.66        985.29
JUN,20    274.36                                            986.02      1,259.65
JUL,20    274.36                                          1,260.38      1,534.01
AUG,20    274.36                                          1,534.74      1,808.37
SEP,20    274.36          855.73       SCHOOL TAX           953.37      1,227.00
OCT,20    274.36                                          1,227.73      1,501.36
NOV,20    274.36        1,227.00       HOMEOWNERS INSU      275.09 ALP    548.72 RLP
DEC,20    274.36                                            549.45        823.08
JAN,21    274.36                                            823.81      1,097.44
FEB,21    274.36                                          1,098.17      1,371.80
MAR,21    274.36                                          1,372.53      1,646.16
APR,21    274.36        1,209.66       COUNTY TAX           437.23        710.86
MAY,21    274.36                                            711.59        985.22

                     \*\*\*\* **CONTINUED ON NEXT PAGE** \*\*\*\*

--------------------------------- **DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE** ---------------------------------

```
IF THE PROJECTED LOW POINT BALANCE (ALP) IS
LESS THAN THE REQUIRED LOW POINT BALANCE (RLP),
THEN THERE IS AN ESCROW SHORTAGE....           THE ESCROW SHORTAGE IS....         273.63- *
```

* THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 12 MONTHS FROM June 1, 2020.

IF YOU CHOOSE TO PAY THE ESCROW SHORTAGE IN FULL IN A LUMP SUM PRIOR TO THE EFFECTIVE PAYMENT DATE, YOUR MONTHLY
PAYMENT WILL BE REDUCED BY THE MONTHLY SHORTAGE PAYMENT AMOUNT.

AT THE TIME OF YOUR BANKRUPTCY FILING, YOUR ESCROW SHORTAGE INCLUDED IN THE POC (PROOF OF CLAIM) IS $93.95.

------------------------------------ **CALCULATIONS OF YOUR NEW PAYMENT AMOUNT** -----------------------------------------

```
                    PRIN & INTEREST            268.81 *
                    ESCROW PAYMENT             274.36
                    SHORTAGE PYMT               22.80
BORROWER PAYMENT STARTING WITH THE PAYMENT DUE  06/01/20   ==>           565.97
```

* IF YOUR LOAN IS AN ADJUSTABLE RATE MORTGAGE, THE PRINCIPAL & INTEREST PORTION OF
  YOUR PAYMENT MAY CHANGE WITHIN THIS CYCLE IN ACCORDANCE WITH YOUR LOAN DOCUMENTS.

NOTE :     YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY
           HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN
           WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM
           ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL PROJECTED ESCROW
           DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS $529.06.
           YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. YOUR MORTGAGE
           CONTRACT AND STATE LAW ARE SILENT ON THIS ISSUE. WHEN YOUR ESCROW BALANCE
           REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED
           TO BE YOUR CUSHION AMOUNT.
           YOUR ESCROW CUSHION FOR THIS CYCLE IS $548.72.

YOUR PROJECTED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES
THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):

**Escrow payments up to escrow analysis effective date:**
```
10/17     $302.99        11/17      $302.99       12/17    $9,083.82*
```

**Escrow disbursements up to escrow analysis effective date:**
```
04/20    $1,209.66    COUNTY TAX
```

**IMPORTANT BANKRUPTCY NOTICE**

If you have been discharged from personal liability on the mortgage because of bankruptcy
proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending
bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely
provides informational notice regarding the status of the loan.  If you are represented by
an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING**

We may report information about your account to credit bureaus. Late payments, missed payments,
or other defaults on your account may be reflected in your credit report.  As required by law,
you are hereby notified that a negative credit report reflecting on your credit record may be
submitted to a credit reporting agency if you fail to fulfill the terms of your credit
obligations.

**MINI MIRANDA**

This communication is from a debt collector and it is for the purpose of collecting a debt and
any information obtained will be used for that purpose. This notice is required by the
provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting
to collect money from anyone who has discharged the debt under the bankruptcy laws of the
United States.

**HUD COUNSELOR INFORMATION**

If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership
counselors or counseling organizations in your area by calling the HUD nationwide toll-free
telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or
by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**

The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit
applicants on the basis of race, color, religion, national origin, sex, marital status, or age
(provided the applicant has the capacity to enter into a binding contract); because all or part
of the applicant's income derives from any public assistance program; or because the applicant
has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal
Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the
Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.